**Fill in this information to identify the case:**

Debtor 1  Mark Casey

Debtor 2  Carol Casey
(Spouse, if filing)

United States Bankruptcy Court for the _____ District of Massachusetts
(State)

Case number:  19-10198-FJB

---

Official Form 410S2
**Notice of Post-petition Mortgage Fees, Expenses, and Charges**                                    12/16

If the debtor's plan provides for payment of post-petition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of Creditor:** Quicken Loans Inc.                        **Court Claim No. (if known):** 4

**Last four digits** of any number you use
to identify the debtor's account:                 XXXXXX6569

**Does this notice supplement a prior notice of post-petition fees, expenses, and charges?**

☒ No
☐ Yes. Date of last notice: _____

---

**Part 1:**    Itemize Post-petition Fees, Expenses and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in the case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

|     | Description | Dates incurred | | Amount |
| --- | --- | --- | --- | --- |
| 1. | Late charges |  | (1) | $0.00 |
| 2. | Non-sufficient funds (NSF) fees |  | (2) | $0.00 |
| 3. | Attorney fees | 2/12/19 (Plan Review $150); 2/21/19 (Obj. to Plan) | (3) | $650.00 |
| 4. | Filing fees and court costs |  | (4) | $0.00 |
| 5. | Bankruptcy/Proof of claim fees | 2/20/19 (Proof of Claim) | (5) | $500.00 |
| 6. | Appraisal/broker's price opinion fees |  | (6) | $0.00 |
| 7. | Property inspection fees |  | (7) | $0.00 |
| 8. | Tax advances (non-escrow) |  | (8) | $0.00 |
| 9. | Insurance advances (non-escrow) |  | (9) | $0.00 |
| 10. | Property Preservation expenses. Specify:_____ |  | (10) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/ Marcus Pratt
Signature

Print: Marcus Pratt, (BBO# 684610)
First Name   Middle Name   Last Name

Company: Korde & Associates, P.C.

Address: 900 Chelmsford Street, Suite 3102
Number   Street

Lowell, MA 01851
City   State   ZIP Code

Contact phone: (978) 256-1500

Date: March 13, 2019

Title: Attorney

Email: bankruptcy@kordeassociates.com

Case No: 19-10198-FJB

**UNITED STATES BANKRUPTCY COURT**

I, Marcus Pratt, Attorney for **Quicken Loans Inc.** hereby sign this *Notice of Post-petition Mortgage Fees, Expenses, and Charges* for purposes of filing the same electronically on behalf of our client on this March 13, 2019.

Dated:  3/13/2019

                                        <u>/s/ Marcus Pratt</u>
                                        Marcus Pratt, Esquire
                                        BBO #684610
                                        Korde & Associates, P.C.
                                        900 Chelmsford Street, Suite 3102
                                        Lowell, MA 01851
                                        Tel: (978) 256-1500, Ext. 237
                                        bankruptcy@kordeassociates.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| In Re: <br> Mark Casey and Carol Casey | Case Number 19-10198-FJB <br> Chapter 13 |
|---|---|

**CERTIFICATE OF SERVICE**

I, Marcus Pratt, Attorney for **Quicken Loans Inc.** hereby certify that on March 13, 2019 I electronically filed the foregoing *Notice of Post-petition Mortgage Fees, Expenses, and Charges* with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the forgoing documents on the following CM/ECF participants:

John Fitzgerald, Assistant U.S. Trustee
Carolyn Bankowski, Trustee
Michael Van Dam, Esquire

I certify that I have mailed by first class mail, postage prepaid the documents electronically filed with the Court on the following non-CM/ECF participants:

Mark Casey
17 Jenkins Avenue
Whitman, MA 02382

Carol Casey
17 Jenkins Avenue
Whitman, MA 02382

                                                 /s/ Marcus Pratt
                                                 Marcus Pratt, Esquire
                                                 BBO #684610
                                                 Korde & Associates, P.C.
                                                 900 Chelmsford Street, Suite 3102
                                                 Lowell, MA 01851
                                                 Tel: (978) 256-1500, Ext. 237
                                                 bankruptcy@kordeassociates.com

18-033416 / BK01